UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BECKY MCBETH,

    Plaintiff,

    v.    Case No. 19-C-544

ANDREW SAUL,
Commissioner for Social Security,

    Defendant.

## ORDER

Plaintiff's counsel approached Defendant's counsel in an attempt to settle attorney fees under the Equal Access to Justice Act (EAJA). Plaintiff's counsel logged 19.65 hours of attorney time and zero hours of paralegal time. The parties have since reached agreement and have submitted a Stipulated Motion to an Award of Attorney Fees. Based upon the foregoing Stipulated Motion, the court finds that the fees incurred are both reasonable and necessary and qualify under the EAJA.

**IT IS HEREBY ORDERED** that an award of attorney fees in the sum of $3,878.71 (three thousand eight hundred and seventy-eight dollars and seventy-one cents) shall be paid by Defendant in full satisfaction and settlement of any and all claims Plaintiff may have pursuant to the EAJA. These fees are awarded to Plaintiff and not her attorney and can be used as offset to satisfy pre-existing debts that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521, 177 L. Ed 2d 9 (2010). If counsel for the parties verify that Plaintiff owes no pre-existing

debt subject to offset, Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

Dated at Green Bay, Wisconsin this 23rd day of December, 2020.

s/ William C. Griesbach
William C. Griesbach
United States District Judge

2

Case 2:19-cv-00544-WCG   Filed 12/23/20   Page 2 of 2   Document 26